76129. KAHN et al. v. COLUMBUS MILLS, INC. et al.
(382 SE2d 437)

SOGNIER, Judge.

In *Columbus Mills v. Kahn*, 259 Ga. 80 (377 SE2d 153) (1989), the Supreme Court reversed the judgment of this court in *Kahn v. Columbus Mills*, 188 Ga. App. 90 (371 SE2d 908) (1988). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Carley, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Birdsong, Pope, Benham and Beasley, JJ., concur.*

DECIDED APRIL 19, 1989.

*Thomas R. Burnside, Jr., James B. Wall,* for appellants.
*Frank C. Jones, Nolan C. Leake, David F. Guldenschuh,* for appellees.